**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO. 2:24-CR-00018-JRG-RSP-2 |
| | § | |
| MICHAEL BURTON TASMAN, SR. (02) | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
FINDING DEFENDANT GUILTY
<u>PURSUANT TO RULE 11 (c)(1)(C)</u>**

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge Roy S. Payne regarding defendant's plea of guilty under the provisions of Rule 11(c)(1)(C) to Count One (1) of the indictment charging defendant with a violation of Count One (1) with a violation of 18 U.S.C. § 371, Conspiracy to Commit Illegal Remunerations. Having conducted a proceeding in the form and manner prescribed by FED. R. CRIM P. 11, the Magistrate Judge recommends that the Court accept the defendant's guilty plea, reserving to the District Judge the option of rejecting the Plea Agreement if, after review of the presentence report, the agreed sentence is determined not to be the appropriate disposition of the case. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly ORDERED that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed on May 26, 2026, are hereby ADOPTED.

It is further ORDERED that, pursuant to defendant's plea agreement, the Court finds defendant GUILTY of Count One (1) of the indictment in the above-numbered cause, reserving to the District Judge the option of rejecting the Plea Agreement if, after review of the

presentence report, the agreed sentence is determined not to be the appropriate disposition of the case.

So ORDERED and SIGNED this 15th day of June, 2026.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

2